[Cite as *05/12/2003 Case Announcements,* 2003-Ohio-2381.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 12, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1433.   Allen v. Johnson.**
Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404. This cause is pending before the court on appeal and cross-appeals from the Court of Appeals for Wayne County. Upon consideration of the motions of appellees National Union Fire Insurance Company and Scottsdale Insurance Company and the motion of appellee/cross-appellant Federal Insurance Company for additional time for oral argument currently scheduled for May 13, 2003,

IT IS ORDERED by the court that the motions be, and hereby are, granted only to the extent that time for oral argument be extended to 20 minutes per side and that the appellees/cross-appellants shall share the allotted time.

COOK, J., not participating.

[Cite as *05/13/2003 Case Announcements,* 2003-Ohio-2384.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 13, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1377.   State v. Cunningham.**
Allen C.P. No. CR20020010. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Allen County. Upon consideration of appellant's motion to supplement the record,

IT IS ORDERED by the court that the motion to supplement the record be, and hereby is, granted and that the Clerk of the Allen County Court of Common Pleas, within 20 days of the date of this entry, certify and transmit the following documents to the Clerk of this court: All juror questionnaires used during voir dire proceedings at defendant's trial.

**2002–2095.   Gentry v. Craycraft.**
Montgomery App. No. 19262, 2002-Ohio-5822. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to expedite ruling on appellant's motion to supplement the record, or, in the alternative, motion for extension of time in which to file appellant's merit brief,

IT IS ORDERED by the court that the motion for extension of time in which to file appellant's merit brief be, and hereby is, granted, and appellant's merit brief is due on or before May 23, 2003.

**2002–2130.   State v. McKnight.**
Vinton C.P. No. 01CR7230. This cause is pending before the court as an appeal from the Court of Common Pleas of Vinton County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to July 11, 2003.